RB:MEC:mec
F.#2013R00281

**GARAUFIS, J.**
**POHORELSKY, M.J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - -X

<u>NOTICE OF MOTION</u>

      Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           March __ , 2013

                                  LORETTA E. LYNCH
                                  United States Attorney
                                  271 Cadman Plaza East
                                  Brooklyn, New York 11201

                  By:     _____
                                  Martin E. Coffey
                                  Assistant U.S. Attorney
                                  (718) 254-6157

# UNITED STATES    DISTRICT COURT

EASTERN DISTRICT of NEW YORK

Criminal Division

THE UNITED STATES OF AMERICA

JOHN DOE

Defendant.

## N O T I C E   O F   M O T I O N

Cr. No. _____

*A true bill.*

_____

*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

*Bail, $* _____

***AUSA Martin E. Coffey, (718) 254-6157***