MEC:mec
F.#2013R00281
ORDER.NOWLING

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 09 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

KENNETH NOWLING,

    Defendant.

- - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

Cr. No. 13-182(NGG)

    UPON the application of the United States of America, by Assistant United States Attorney Martin E. Coffey, and with the consent of the defendant, KENNETH NOWLING, by his attorney, Gary Schoer, Esq., it is hereby

    ORDERED that the entire docket in the above-captioned matter be unsealed forthwith.

Dated:  Brooklyn, New York
       September 3, 2015

                              s/Nicholas Garaufis
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK

F. #2013R00281

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

KENNETH NOWLING,

Defendant.

## ORDER

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

*Clerk*

Bail, $ _____

_____

*MARTIN E. COFFEY, Assistant U.S. Attorney (718) 254-6157*